# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

FILED

2016 MAY 18  A 11: 01

U.S. DISTRICT COURT
N.D. OF ALABAMA

Terrance M. Seay

Inmate Identification Number: 285025

1000 St-Clair Road

Springville, A.L 35146

(Enter above the full name of the plaintiff
in this action)

---

*NOTICE TO FILING PARTY*

*It is your responsibility to
notify the clerk in writing of any
address change.*

*Failure to notify the clerk may
result in dismissal of your case
without further notice.*

vs.

Candlefiso P. Jones (C.O1)

A.D.O.C Employee @

St. Clair Correctional facility

1000 St-Clair road springville, A.L 35146

(Enter above full name(s) of the defendant(s)
in this action)

CV-16-CO-0823-M

## Previous lawsuits

A.  Have you begun other lawsuits in state or federal court(s) dealing with the
same facts involved in this action or otherwise relating to your imprisonment?
Yes ( )        No ( ✓ )

B.  If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more
than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the
same outline.)

1.  Parties to this previous lawsuit:

Plaintiff:  _____ N/A _____

Defendant(s):  _____

2. Court (if Federal Court, name the district; if State Court, name the county)

_____

3. Docket number _____

4. Name of judge to whom case was assigned _____

_____

5. Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

_____

6. Approximate date of filing lawsuit _____

_____

7. Approximate date of disposition _____

Place of present confinement ___ St. Clair Correctional facility

A. Is there a prisoner grievance procedure in this institution?
   Yes ( )        No ( ✓ )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?        Yes ( )        No ( ✓ )

C. If your answer is YES:

   1. What steps did you take? _____

   _____

   2. What was the result? _____

   _____

D. If your answer is NO, explain why not: ___ The facility do not
   have a prisoner grievance procedure.

   _____

   _____

   _____

II.   Parties.
In item (A) below, place your name in the first blank and place your present address in the second blank.

A.   Name of Plaintiff(s)   Terrance Marquaz Seay

Address   1000 St. Clair road, Springville AL 35146

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank.  Use Item (C) for the names, positions, and places of employment of any additional defendants.

B.   Defendant   lauolefiso P. Jones

Is employed as   C.O.1

at   St. Clair Correctional facility

C.   Additional Defendants

V.   Statement of Claim

State here, as briefly as possible, the FACTS of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates and places.  Do not give any legal arguments or cite any cases or statues.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need.  Attach extra sheets, if necessary.

Statement Attached on back

Statement of Claim

- Oct. 16, 2014  I was escorted in handcuffs an shackles
  to Segregation barbershop by officer L Jones and Sgt. J.
  Truitt, In the process of getting my haircut by
  Inmate zebedee Hayes. Officer L. Jones punch me
  from the blindside in face and Kick in stomp me
  in my back, then started hitting me with the
  Police baton on my back in butt area calling me
  Black sissy and hoes until Sgt. Truitt said that
  was enough this occured more than 1 time.

( Complaint )
St. Clair corr. fac.
1000 St. clair road
Springville, Al 35146

within Ninth
9/18/18

TO: Wardens @ S.C.C.f, whom may concern.

from: Terrance Marquez Seay #A.I.S# 285025

Ref: Harassment, Threats, Assaultive behavior
     By Adoc officers.
Date: MaY, 15, 14
     (Complaint) Violations

Oct. 6, 14, I was assaulted by officer L. Jones while Sgt. Twitt
watch, while inmate zebedee cut my hair ball. Then I
was writting up for Vidlation of 902 disciprinary. J. I and
Prea Ms. Grody talk with me, " in said that the investigator now gave talk 2 me.
I havn't seen the investigator
Yet. E. J. Intiative Brian Schaeper talk with me to
concering those Issues. I feel I am being target in
Unsafe around your Supervisior and officer because y'all
cover up each other steps, Just not all the way. Mental health &
Medical Dnt help because of the fear y'all install in them. I CANBerley
see out my left eye, my back in server pain. I need
to be seen @ the hospital. Officer Threating me
talking about y'all gone hide me in dog house. my Seg. DAYS
been over with since the 31th of Jan. Officers move me(2) A-24
another Disin. Segregation " Dog house unit. Then march. 4, 2015
wrote me up, In Gone find me GviltY, because you said
_____ on me. Sgt. HAmilton.

I am requesting this issue be look into
and handle, before the incident get out of
control. In I Get hurt for protecting
my self.          T—S1
                        285025   Mar. 4,15

I am already spooked beccuse I been jump on
with hand cuffs in shackles.


My witness   Cell# 23   (Statement)
I Brandon ladd #246177 el witness that he did not have no Tops
or nothing in his cell when they left. We can't even
getting nothing back here. They been harrassing him
I don't know for what. they made him strip
naked in Sgt. Hamilton el heard said you sum stay in dog
house.

Brendon dadd 246177  march 4 '15
NAME:  It is#  DATE:

**RELIEF**

State briefly <u>exactly</u> what you want the court to do for you.  Make no legal arguments.  Cite no cases or statues.

I Want the Court to pursue criminal charges of assault, and move me away from around him because I feel stress in threaten around officer L. Jones

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/10/16

SIGNATURE

ADDRESS  1000 St. Clair Road
Springville, A.L 35146

AIS #  285025